AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2875 Manns Ranch Rd Unit G4, Vail, CO, more fully described in Attachment A, attached hereto, to include all vehicles and persons on the property | Case No. 18-sw-40-gpg |

**APPLICATION FOR A SEARCH WARRANT**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

2875 Manns Ranch Rd Unit G4, Vail, CO, more fully described in Attachment A attached hereto and hereby incorporated by reference to include all vehicles and persons on the property.

located in the   State and   District of   Colorado   , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC § 542 | Entry of Goods by Means of False Statements; |
| 18 USC § 371 | Conspiracy to Commit Offense or Defraud United States; |
| 18 USC § 545 | Smuggling Goods into the United States |

The application is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/ Sarah Asson
*Applicant's signature*

SA Sarah Asson
*Printed name and title*

Sworn to and signed by reliable electronic means.

Date: 04/24/2018

*Judge's signature*

City and state: Grand Junction, Colorado

Gordon P. Gallagher, Magistrate Judge
*Printed name and title*